**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DAJUAN L. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 15-cv-7705 |
| v. ) | |
| ) | Honorable Manish S. Shah |
| THE COUNTY OF COOK, a local public entity, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Jeffrey Singer and Dan Alexander, at the request of Plaintiff Dajuan Brown, hereby move this Court pursuant to Local Rules 83.17 and 83.38 for leave to withdraw as counsel for Dajuan Brown, and in support, state as follows:

1. On August 31, 2015, Plaintiff Dajuan Brown initiated the instant lawsuit by filing his *pro se* complaint against Dr. Yan.

2. On November 12, 2015, Jeffrey Singer was appointed as Mr. Brown's counsel by this Court. On January 14, 2016, co-counsel Dan Alexander filed his appearance on behalf of Mr. Brown.

3. After being appointed to represent Mr. Brown, his attorneys have made numerous efforts to advance his case including, but not limited to:

   a. Remaining in contact with Mr. Brown by exchanging correspondence with Mr. Brown discussing the facts of the case, the status of discovery, and general strategy for handling the matter;

   b. Meeting with Mr. Brown at counsel's office on multiple occasions in order to discuss the ongoing litigation;

  c. Engaging in numerous conference calls with Mr. Brown to review litigation strategy and explore settlement options; and

  d. Reviewing voluminous records produced by the defendant's counsel;

4. On April 29, 2016, Dajuan Brown was released from prison after completing his sentence, and subsequently moved back to Chicago, Illinois.

5. On May 26, 2016, the parties participated in a settlement conference before the Honorable Maria Valdez. Jeffrey Singer, Dan Alexander, and Dajuan Brown attended this settlement conference in person. Ultimately, the settlement conference was unsuccessful.

6. On May 27, 2016, Dajuan Brown phoned his counsel and requested that Jeffrey Singer and Dan Alexander withdraw as his attorneys in this matter. Dajuan Brown further indicated that he is in the process of seeking new counsel to represent him in this matter.

7. Substantial disagreements regarding litigation strategy exist between Dajuan Brown and his attorneys Jeffrey Singer and Dan Alexander. As such, sufficient grounds exist to justify the withdrawal of Dajuan Brown's counsel in this matter. Local Rule 83.38(a)(3).

8. Pursuant to Local Rules 83.17 and 83.38(a)(3), Jeffrey Singer and Dan Alexander request leave to withdraw as Dajuan Brown's counsel in this matter.

WHEREFORE, Jeffrey Singer and Dan Alexander, at the request of Plaintiff Dajuan Brown, respectfully request that this Court grant the instant Motion for Leave to Withdraw as Counsel, and for any further relief that this Court deems just.

Respectfully submitted,

SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.

By: */s/ Jeffrey Singer, Esq.*
    Jeffrey Singer, Esq.
    Dan Alexander, Esq.
    233 S. Wacker Drive, Suite 5500
    Chicago, Illinois 60606
    Tel: (312) 645-7800
    jsinger@smsm.com
    dalexander@smsm.com
    Attorneys for Plaintiff, DaJuan Brown