# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DAJUAN L. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 15-cv-7705 |
| ) | |
| THE COUNTY OF COOK, a local public ) | Honorable Manish S. Shah |
| entity, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Petitioners, Steven M. Levin and Michelle E. Thompson, move this Court pursuant to Local Rules 83.17 and 83.38(a)(3) to enter its order granting Petitioners leave to withdraw their appearance and representation as counsel for Plaintiff in the above action, and in support, state as follows:

1. On Plaintiff filed his *pro se* Complaint at Law on December 15, 2015.

2. On March 6, 2017, Steven Levin was appointed as Plaintiff Dajuan Brown's counsel by this Court.

3. On March 30, 2017, Michelle Thompson appeared before this Court as counsel for Plaintiff and appeared on behalf of Steven Levin as counsel for Plaintiff.

4. Subsequent to Petitioners' appointment as counsel for Plaintiff, Petitioners reviewed documents related to the instant matter, including documents from Plaintiff Dajuan Brown's prior action against Dr. Yu Do Yan K: Case No. 13-cv-8306.

5. Upon review of these materials as well as the documents currently in the docket for this pending matter, Petitioners completed a full evaluation of this case.

6. On May 26, 2017, Petitioners had a meeting with Plaintiff Dajuan Brown at counsel's office to discuss the instant matter.

7. On August 10, 2017, Petitioners had a telephone conversation with Plaintiff Dajuan Brown, and Mr. Brown requested that Petitioners stop all work on the instant matter and withdraw as counsel for Mr. Brown.

8. A substantial disagreement on litigation strategy exists between counsel and Mr. Brown.

9. Pursuant to Local Rules 83.17 and 83.38(a)(3), Petitioners request leave to withdraw as counsel from the instant matter.

WHEREFORE, Petitioners, Steven M. Levin and Michelle E. Thompson, respectfully request that the Court grant the instant Motion for Leave to Withdraw as Counsel, and for any further relief that this Court deems just.

Respectfully submitted,

LEVIN & PERCONTI

By: /s/ Steven M. Levin

Steven M. Levin
Michelle E. Thompson
**LEVIN & PERCONTI**
325 North LaSalle Street, Suite 450
Chicago, IL 60654
Tel: 312 332-2872
Fax: 312 332-3112
sml@levinperconti.com
met@levinperconti.com
Attorneys for Plaintiff, Dajuan Brown